Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

*Attorneys for Defendant Sunrise
Organics & Naturals Corp*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRA BLANK KOTOWSKI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SUNRISE ORGANICS & NATURALS CORP, a California corporation; DOES 1-50, unknown individuals; AND ROE COMPANIES 1-50, unknown business entities, <br><br> Defendants. | Case No.:  2:26-cv-01191-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** <br><br> **(First Request)** |

Defendant Sunrise Organics & Naturals Corp ("Sunrise") and Plaintiff Alexandra Blank Kotowski ("Kotowski"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for Sunrise to answer or otherwise respond to Kotowski's Complaint from April 24, 2026 to May 1, 2026. This is the first request to extend the deadline to respond to the Complaint.

The parties agree to the extension to permit them to continue their respective case evaluation efforts and to permit Sunrise to fully evaluate the allegations in the Complaint so that it can prepare an appropriate response.

/ / /

/ / /

/ / /

/ / /

/ / /

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

The undersigned represent that this stipulation is not designed for purposes of delay.

DATED this 23rd day of April, 2026.

McDONALD CARANO LLP

By: */s/ Kristen T. Gallagher*
    Kristen T. Gallagher (NSBN 9561)
    2300 W. Sahara Avenue, Suite 1200
    Las Vegas, NV 89102
    kgallagher@mcdonaldcarano.com

*Attorneys for Defendant Sunrise Organics*
*& Naturals Corp*

BLANCHARD, KRASNER & FRENCH

By: */s/ Kevin Oberlies*
    Kevin Oberlies (NSBN 16118)
    800 Silverado Street, Second Floor
    La Jolla, CA 92037
    Telephone: (858) 551-2440
    koberlies@bkflaw.com

Jennifer McMenomy (NSBN 14239)
McMENOMY LAW
100 Vine Street
Reno, NV 89503
Telephone: (775) 525-8850
jennifer@mcmenomylaw.com

*Attorneys for Plaintiff Alexandra Blank*
*Kotowski*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  April 24, 2026

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

Page 2 of 2