Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

*Attorneys for Defendant Sunrise*
*Organics & Naturals Corp*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRA BLANK KOTOWSKI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE ORGANICS & NATURALS CORP, a California corporation; DOES 1-50, unknown individuals; AND ROE COMPANIES 1-50, unknown business entities,<br><br>Defendants. | Case No.:  2:26-cv-01191-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(Third Request)** |

Defendant Sunrise Organics & Naturals Corp ("Sunrise") and Plaintiff Alexandra Blank Kotowski ("Kotowski"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for Sunrise to answer or otherwise respond to Kotowski's Complaint from May 15 to June 1, 2026. This is the third request to extend the deadline to respond to the Complaint. *See* ECF Nos. 6, 12.

The parties agree to the further extension to permit them to continue their respective case evaluation efforts and to permit Sunrise to fully evaluate the allegations in the Complaint so that it can prepare an appropriate response.

/ / /

/ / /

/ / /

/ / /

/ / /

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

The undersigned represent that this stipulation is not designed for purposes of delay.

DATED this 14th day of May, 2026.

McDONALD CARANO LLP

By: /s/ Kristen T. Gallagher
Kristen T. Gallagher (NSBN 9561)
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
kgallagher@mcdonaldcarano.com

*Attorneys for Defendant Sunrise Organics & Naturals Corp*

BLANCHARD, KRASNER & FRENCH

By: /s/ Kevin Oberlies
Kevin Oberlies (NSBN 16118)
800 Silverado Street, Second Floor
La Jolla, CA 92037
Telephone: (858) 551-2440
koberlies@bkflaw.com

Jennifer McMenomy (NSBN 14239)
McMENOMY LAW
100 Vine Street
Reno, NV 89503
Telephone: (775) 525-8850
jennifer@mcmenomylaw.com

*Attorneys for Plaintiff Alexandra Blank Kotowski*

IT IS SO ORDERED *nunc pro tunc*:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  June 4, 2026