Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

*Attorneys for Defendant Sunrise
Organics & Naturals Corp*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRA BLANK KOTOWSKI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE ORGANICS & NATURALS CORP, a California corporation; DOES 1-50, unknown individuals; AND ROE COMPANIES 1-50, unknown business entities,<br><br>Defendants. | Case No.: 2:26-cv-01191-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Alexandra Blank Kotowski ("Kotowski") and Defendant Sunrise Organics & Naturals Corp ("Sunrise"), through their respective undersigned counsel, hereby jointly stipulate to dismiss the above-captioned action with prejudice in its entirety.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff and Defendant shall each bear her/its own attorneys' fees and costs incurred in this action.

DATED this 9th day of June, 2026.

McDONALD CARANO LLP

By: /s/ Kristen T. Gallagher
    Kristen T. Gallagher (NSBN 9561)
    2300 W. Sahara Avenue, Suite 1200
    Las Vegas, NV 89102
    kgallagher@mcdonaldcarano.com

*Attorneys for Defendant Sunrise Organics & Naturals Corp*

BLANCHARD, KRASNER & FRENCH

By: /s/ Kevin Oberlies
    Kevin Oberlies (NSBN 16118)
    800 Silverado Street, Second Floor
    La Jolla, CA 92037
    Telephone: (858) 551-2440
    koberlies@bkflaw.com

Jennifer McMenomy (NSBN 14239)
McMENOMY LAW
100 Vine Street
Reno, NV 89503
Telephone: (775) 525-8850
jennifer@mcmenomylaw.com

*Attorneys for Plaintiff Alexandra Blank Kotowski*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____June 10, 2026_____

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966